JOHN NORTON, Respondent, *v.* RICHARD WEBBER, Appellant.

*Norton* v. *Webber*, 69 App. Div. 130, affirmed.
(Argued February 24, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Thomas P. Wickes, James Hillhouse* and *M. J. Earley* for appellant.

*Louis Steckler* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THOMAS G. FIELD, as Executor of HENRY WEIL, Deceased, Respondent, *v.* RICHARD C. SIBLEY, Appellant.

*Field* v. *Sibley*, 74 App. Div. 81, affirmed.
(Argued February 24, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*John L. Cadwalader* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.